IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| FEDERAL BUREAU OF PRISONS., *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

Case No. 1:08-cv-00408

### DEFENDANTS GEO GROUP, INC., GEORGE SNYDER, DAVID FARMER, K. H. JOHNSON AND E. HARDY'S MOTION TO DISMISS

Defendants GEO Group, Inc., George Snyder, David Farmer, K. H. Johnson and E. Hardy, by and through counsel, move the Court to dismiss Plaintiff's claims pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure for lack of personal jurisdiction and improper venue. The grounds in support of this Motion are set forth in the accompanying brief.

This the 16th day of April, 2008.

Respectfully submitted,

/s/ Deborah J. Israel
Deborah J. Israel (DC Bar No. 430841)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC 20005
(202) 857-4466
*Counsel for Defendants GEO Group, Inc., George Snyder, David Farmer, K. H. Johnson and E. Hardy*

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of April, 2008, a true and correct copy of the foregoing **DEFENDANTS GEO GROUP, INC., GEORGE SNYDER, DAVID FARMER, K. H. JOHNSON AND E. HARDY'S MOTION TO DISMISS** was filed electronically via CM/ECF system and a copy was served via U.S. First-Class Mail, postage prepaid on the following:

>Ainsworth C. Jackson
>\# 19728-101
>Rivers Correctional Institution
>P. O. Box 630
>Winton, NC 27986
>*Pro Se Plaintiff*

>/s/ Deborah J. Israel
>Deborah J. Israel