IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-00408 |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Motion to Dismiss filed by Defendants GEO Group, Inc., George Snyder, David Farmer, K. H. Johnson and E. Hardy, any opposition thereto, and the entire record herein, and the Court having concluded that good cause has been shown; it is hereby

ORDERED that the Motion to Dismiss is GRANTED.

Date: _____

                                                            The Honorable _____
                                                            United States District Judge

Copies to:

Deborah J. Israel, Esq.
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC 20005
*Counsel for Defendants GEO Group, Inc., George Snyder, David Farmer, K. H. Johnson and E. Hardy*

Ainsworth C. Jackson
# 19728-101
Rivers Correctional Institution
P. O. Box 630
Winton, NC 27986
*Pro Se Plaintiff*