IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 1:08-cv-00408** |
| ) | |
| FEDERAL BUREAU OF PRISONS., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING CORRECTED CERTIFICATE OF SERVICE

On Wednesday, April 16, 2008, Defendants GEO Group, Inc., George Snyder, David Farmer, K. H. Johnson and E. Hardy, by and through counsel, filed a Motion to Dismiss, a Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss (with four (4) exhibits) and a Proposed Order, which was incorrectly filed as a Motion for Order. To correct these administrative filing errors, today we have filed: 1) the Motion to Dismiss and Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss (as one document), with four (4) exhibits and the Proposed Order (as attachments to the Motion to Dismiss) as is the proper filing procedure required by the Court.

The corrected certificate of service filed herewith reflects the corrected service date on Plaintiff, as April 17, 2008.

This the 17th day of April, 2008.

                          Respectfully submitted,

                          /s/ Deborah J. Israel
                        Deborah J. Israel (DC Bar No. 430841)
                        Womble Carlyle Sandridge & Rice, PLLC
                        1401 Eye Street, NW, 7th Floor
                        Washington, DC  20005
                        (202) 857-4466
                        *Counsel for Defendants GEO Group, Inc., George Snyder, David Farmer, K. H. Johnson and E. Hardy*

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of April, 2008, a true and correct copy of the foregoing **DEFENDANTS GEO GROUP, INC., GEORGE SNYDER, DAVID FARMER, K. H. JOHNSON AND E. HARDY'S MOTION TO DISMISS** was filed electronically via CM/ECF system and a copy was served via U.S. First-Class Mail, postage prepaid on the following:

>Ainsworth C. Jackson
>#19728-101
>Rivers Correctional Institution
>P. O. Box 630
>Winton, NC 27986
>*Pro Se Plaintiff*

                                        /s/ Deborah J. Israel
                                        Deborah J. Israel