UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR CORRECTION OF THE SUMMONS

Pursuant to Federal Rule of Civil Procedure 12(a), the federal defendants, the Bureau of Prisons ("BOP") and Harrell Watts, a BOP employee, move that the Court correct the summons that was issued in this case.[1]  The summons erroneously directs the federal defendants to respond within thirty days of service.  Pursuant to Fed. R. Civ. P. 12(a)(2) and (3), the federal defendants are entitled to sixty days after service of the summons to respond.  Their responses are, therefore, due on May 19, 2008.  Because of the difficulties involved in contacting federal prisoners, undersigned counsel has not attempted to contact plaintiff to determine his position on this motion.[2]

---

[1] The other defendants have filed a motion to dismiss.  They are the corporation (and several of its employees) that operates the prison where plaintiff is incarcerated. In filing this motion, the individually-sued federal defendant (Mr. Watts) does not waive any of the defenses available to him, whether under Rule 12 or otherwise, including the defenses of absolute and qualified immunity.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference).  LCvR 16.3(a) (emphasis

Attached is a draft order reflecting the requested correction of the summons.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, DC Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney
                                /s/
                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        (202) 514-7201

---

added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the motion by the federal defendants for the correction of the summons issued in this case, it is this _____ day of _____, 2008,

ORDERED that the federal defendants, the Bureau of Prisons and Mr. Harrell Watts, shall have to, and including, May 19, 2008, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for correction of the summons to be served by first-class mail, postage prepaid, this 17th day of April, 2008, on:

>Mr. Ainsworth C. Jackson
>Reg. No. 19728-101
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201