UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AINSWORTH C. JACKSON,

    Plaintiff,

v.    :    Civil Action No. 1:08-cv-00408(RWR)

FEDERAL BUREAU OF PRISONS,

et. al.  Defendants.

## MOTION TO AMEND CIVIL ACTION COMPLAINT

Comes now the plaintiff, Ainsworth C. Jackson, pro se, pursuant to Rule 15(a) of the Federal Rules of Civil Procedures, amends his complaint to read as follows:

1. On or about June of 2005, the herein named Federal defendants did knowingly and intentionally conspire with defendants GEO Group, Inc. George Snyder, David Farmer, K.H. Johnson, E. Hardy, L. Overton and Ms. Perry, to violate plaintiff's "Privacy Act Rights," his Fourth and Fifth Amendment Rights, the "Administrative Procedure Act, 5 U.S.C. §§ 700-706, and the "Accardi Doctrine," from a place in the United States, that is, the District of Columbia, to a place outside the District of Columbia, that is, Winton, North Carolina, with the intent to promote the carrying on of specific unlawful activities, in violation of 42 U.S.C. § 1985(3), Conspiracy to interfere with the Civil Rights of plaintiff.

2. L. Overton, individually and in her official capacity as a CaseManager at the Rivers Correctional Institution, 145 Parker's Fishery Road, P.O. Box 840, Winton, North Carolina 27986.   **Defendant**

3. Ms. Perry, individually and in her official capacity as the Supervising Nurse at the Rivers Correctional Institution, 145 Parker's Fishery Road, P.O. Box 840, Winton, North Carolina 27986.   **Defendant**

## OVERT ACTS

### COUNT ONE

On or about June of 2005, plaintiff was classified by defendant, Federal Bureau of Prisons as a low security level prisoner at 320 First Street, NW, Washington, D.C. 20534. Plaintiff was then transferred to the Rivers Correctional Institution, 145 Parker's Fishery Road, in Winton, North Carolina which is owned and operated by defendant GEO Group, Inc., who employs defendants George Snyder, David Farmer, K.H. Johnson, E. Hardy, L. Overton, and Ms. Perry. Accompanying plaintiff to Rivers Correctional Institution was the classification file prepared by defendant Federal Bureau of Prisons. Contained in these classification files that had been prepared by defendant Federal Bureau of Prisons was plaintiff's "Pre-Sentence Report," which was prepared by Shari McCoy, UNITED States Probation Officer, who was employed as a United States Probation Officer for the U.S. District Court for the District of Columbia in 1996, which had erroneous information contained

in the "Pre-Sentence Report" which erroneously stated that plaintiff had been arrested on May 26, 1988 for the crime of "Assault on a Federal Officer," and was sentenced in the U.S. District Court in Greenville, South Carolina on November 9, 1988 to "FIVE (5) months and eighteen (18) days, credit for time served."

**COUNT TWO**

Starting from on or about June 2005, and continuing until April of 2008, the Federal Bureau of Prisons, J.E. Harrell, GEO Group, Inc., George Snyder, David Farmer, K.H. Johnson, E. HARDY, L. Overton, and Ms. Perry conspired with each other from a place in the United States, that is, the District of Columbia, to a place outside the District of Columbia, that is, Rivers Correctional Institution in Winton, North Carolina, with the intent to promote the carrying on of specific unlawful activities against plaintiff by classifying plaintiff as being convicted of a "Past Crime of Violence" for the purpose of unlawfully forcing plaintiff to give up a DNA sample in violation of plaintiff's Fourth & Fifth Amendment Rights to the U.S. Constitution and 42 U.S.C. § 1985(3).

**COUNT THREE**

In futherance of this conspiracy, the Federal defendants conspired on January 31, 2008 with defendants GEO Group, Inc., George Snyder, David Farmer, K.H. Johnson, E. Hardy, L. Overton, and Ms. Perry, from a place in the United States, that is,

the District of Columbia, to a place outside the District of Columbia, that is, Rivers Correctional Institution in Winton, North Carolina, by ordering defendant Ms. Perry to order plaintiff to give up a DNA sample, and informing plaintiff that if he refuses to comply with said order, that plaintiff would be placed in the "Administrative Detention," indefinitely, in violation of 42 U.S.C. § 1985(3), and the Fourth & Fifth Amendments to the U.S. Constitution.

Respectfully Submitted,

_Ainsworth C. Jackson_
Ainsworth C. Jackson
Reg. No. 19728-101
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's "Motion to Amend Civil Action Complaint" was mailed this **28th** day of **April 2008** to the following:

1. Deborah J. Israel, Esq.
   Womble Carlyle Sandridge & Rice, PLLC
   1401 Eye Street, N.W., 7th Floor
   Washington, D.C. 20005
   Attorney for GEO & Rivers defendants

2. Fred E. Haynes, AUSA
   555 4th Street, NW, Room E-4110
   Washington, D.C. 20530
   Attorney for the Federal defendants

_Ainsworth C. Jackson_
Ainsworth C. Jackson