UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AINSWORTH C. JACKSON, :
　　　　　　　　　　　　　 :
　　　Plaintiff,　　　　　 :
　　　　　　　　　　　　　 :
　　　v.　　　　　　　　　 :  Civil Action No. 1:08-cv-00408(RWR)
　　　　　　　　　　　　　 :
FEDERAL BUREAU OF PRISONS,:
et. al. Defendants.　　　 :

## MOTION TO AMEND CIVIL ACTION COMPLAINT

Comes now the plaintiff, Ainsworth C. Jackson, pro se, pursuant to Rule 15(a) of the Federal Rules of Civil Procedures, amends his Civil Action Complaint to read as follows:

### JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. § 1391(e), which states the following:

> § 1391(e). A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may except as otherwise provided by law, be brought in any judicial district in which (1) a defendant in the action resides, (2) a substantial part of the events or omisssions giving rise to the claim occurred, or a substantial part of property tht is the subject of the action is situated, or (3) the plaintiff resides if no real property is involved in the action.

### OVERT ACTS

**COUNT FOUR**

Plaintiff asserts that beginning on or about June of 2005 and continuing until April of 2008, the defendants did knowingly

and intentionally conspire with each other, from a place in the United States, that is, the District of Columbia, to a place outside the District of Columbia, that is, Winton, North Carolina, with the intent of depriving plaintiff of his "Fourth Amendment" right against "illegal searches & seizures," and his "Fifth Amendment" right to "Due Process and Equal Protection" of the law, which caused personal injury to plaintiff's person and a deprivation of a right and privilege of a citizen of the United States secured by the Constitution of the United States.

Respectfully Submitted,

_Ainsworth C. Jackson_
Ainsworth C. Jackson
Reg. No. 19728-101
Rivers Correctional Institution
P.O. Box 630
Winton, North Carolina 27986

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Motion to Amend Civil Action Complaint" was mailed this **13th** day of **May 2008** to the following:

1. Deborah J. Israel, Esq.
   Womble Carlyle Sandridge & Rice, PLLC
   1401 Eye Street, N.W., 7th Floor
   Washington, D.C. 20005
   Attorney for GEO & Rivers defendants

2. Fred E. Haynes, AUSA
   555 4th Street, NW, Room E-4110
   Washington, D.C. 20530
   Attorney for the Federal defendants

*[signature: Ainsworth C. Jackson]*
Ainsworth C. Jackson
Reg. No. 19728-101
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986