UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the federal defendants, the Bureau of Prisons ("BOP") and Harrell Watts, a BOP employee, move the Court for an extension of time from today, May 19, 2008, to May 27, 2008, to answer or otherwise respond to the complaint.[1] Because of the difficulties involved in contacting federal prisoners, undersigned counsel has not attempted to contact plaintiff to determine his position on this motion.[2] Undersigned counsel (Fred E. Haynes) primarily responsible for this case needs the the brief extension of time, given his extension litigation responsibilites, to finalize coordination with the

---

[1] The other defendants have filed a motion to dismiss. They are the corporation (and several of its employees) that operates the prison where plaintiff is incarcerated. In filing this motion, the individually-sued federal defendant (Mr. Watts) does not waive any of the defenses available to him, whether under Rule 12 or otherwise, including the defenses of absolute and qualified immunity.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

federal defendants on the response to the complaint and to prepare that response.

    Attached is a draft order reflecting the requested relief.

                         Respectfully submitted,

                         JEFFREY A. TAYLOR, DC Bar #498610
                         United States Attorney

                         RUDOLPH CONTRERAS, DC Bar #434122
                         Assistant United States Attorney
                                /s/
                         FRED E. HAYNES, DC Bar #165654
                         Assistant United States Attorney
                         555 4th Street, N.W., Room E-4110
                         Washington, D.C. 20530
                         (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

UPON CONSIDERATION of the motion by the federal defendants for an extension of time to May 27, 2008, to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the federal defendants, the Bureau of Prisons and Mr. Harrell Watts, shall have to, and including, May 27, 2008, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first-class mail, postage prepaid, this 19th day of May, 2008, on:

> Mr. Ainsworth C. Jackson
> Reg. No. 19728-101
> Rivers Correctional Institution
> P.O. Box 630
> Winton, NC 27986

>                /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201