UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

MOTION FOR BRIEF, FURTHER EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the federal defendant, the Bureau of Prisons ("BOP"), moves the Court for an extension of time from today, May 27, 2008, to May 30, 2008, to answer or otherwise respond to the complaint.[1] Because of the difficulties involved in contacting federal prisoners, undersigned counsel has not attempted to contact plaintiff to determine his position on this motion.[2] Undersigned counsel (Fred E. Haynes) primarily responsible for this case needs the brief further extension of time because he has only received

---

[1] The other defendants have filed a motion to dismiss. They are the corporation (and several of its employees) that operates the prison where plaintiff is incarcerated. In the previous motion for extension of time for the federal defendants to answer the complaint, the motion also sought an extension of time to answer for the BOP employee, J.E. Harrell, named in the complaint. Undersigned counsel has been advised that the only BOP employee of that name died in 2000. It should be noted that the summons to Mr. Harrell was returned unexecuted. Consequently, this motion is only filed on behalf of the BOP.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

today (May 27) a declaration needed for defendant's proposed dispositive motion, and he has several other filings that must be made today or during this week, including an emergency matter assigned to him today. The additional time is, therefore, needed.

    Attached is a draft order reflecting the requested relief.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR, DC Bar #498610
                                United States Attorney

                                RUDOLPH CONTRERAS, DC Bar #434122
                                Assistant United States Attorney
                                          /s/
                                FRED E. HAYNES, DC Bar #165654
                                Assistant United States Attorney
                                555 4th Street, N.W., Room E-4110
                                Washington, D.C. 20530
                                (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of the motion by the federal Bureau of Prisons for a brief, further extension of time to May 30, 2008, to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the federal Bureau of Prisons shall have to, and including, May 30, 2008, to answer or otherwise respond to the complaint in this action.

                                                            UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for the defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first-class mail, postage prepaid, this 27th day of May, 2008, on:

> Mr. Ainsworth C. Jackson
> Reg. No. 19728-101
> Rivers Correctional Institution
> P.O. Box 630
> Winton, NC 27986

> /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201