UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AINSWORTH C. JACKSON,  :

    Plaintiff,  :

v.  :   Case No. 1:08-cv-00408(RWR)

FEDERAL BUREAU OF PRISONS,  :
et. al.  Defendants.  :

...........................:

## MOTION TO COMPEL A RULE 26(f) CONFERENCE

    Comes now the plaintiff, Ainsworth C. Jackson, pro se, pursuant to Rule 26(f) of the Federal Rules of Civil Procedures, and U.S. District Court for the District of Columbia's "Local Civil Rule 26.2," moves for a "Conference of the Parties in order to Plan for Discovery" and grounds plaintiff asserts the following.

    In conferring, the parties must consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosure required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan. The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting

to the court within 14 days after the conference a written report outlining the plan. The court may order the parties or attorneys to attend the conference in person, but because plaintiff is incarcerated, plaintiff requests a telephone conference between the parties.

Plaintiff asserts that although he is exempt pursuant to Rule 26(a)(1)(b)(iv), and Local Rule 26.2(3) from being required to participate in a 26(f) conference, plaintiff waives this exemption based on the fact that this conference can and will expedite the disposition of this case, something that plaintiff desires, because it will allow both parties to come to an agreed upon settlement and will save this Court an "extreme amount of judicial time and resources" if this Court orders that a conference between both parties is had.

**WHEREFORE,** in light of the aforementioned, plaintiff prays that this honorable court grants his "Motion To Compel A Rule 26(f) Conference" by entering a **"ORDER"** requiring that all parties shall participate in a **"26(f) Conference"** in hopes of reaching an agreed upon settlement of this case.

Respectfully Submitted,

_Ainsworth C. Jackson_
Ainsworth C. Jackson
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Motion To Compel A Rule 26(f) Conference" has been mailed to the following:

1. Deborah J. Israel, Esq.
   Womble Carlyle Sandridge & Rice, PLLC
   1401 Eye Street, N.W., 7th Floor
   Washington, D.C. 20005
   Attorney for GEO & Rivers Defendants

2. Fred E. Haynes, AUSA
   555 4th Street, N.W., Room E-4110
   Washington, D.C. 20530
   Attonrey for the Federal Defendants

this **23rd day** day of **May 2008.**

Ainsworth C. Jackson