UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON,                )<br>                                                        )<br>            Plaintiff,                      )<br>                                                        )<br>    v.                                             )   Civ. No. 08-00408 RWR<br>                                                        )<br>FEDERAL BUREAU OF               )<br>PRISONS, et al.,                           )<br>                                                        )<br>            Defendants.                  ) | |

MOTION FOR ONE- BUSINESS DAY EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendant Federal Bureau of Prisons ("BOP") moves the Court for a further, brief extension of time of one-business day, from today, May 30, 2008, to June 2, 2008, to answer or otherwise respond to the complaint. This motion is not being submitted on behalf of J. E. Harrell, who the complaint identifies as a BOP employee. The docket of this Court shows that the summons issued for him was returned unexecuted, and undersigned counsel has been advised by BOP that the J. E. Harrell employed by BOP died in 2000, prior to the events at issue in this case. A suggestion of death is being filed herewith. Because of the difficulties involved in contacting federal prisoners, undersigned counsel has not attempted to contact plaintiff to determine his position on this motion.[1]

Undersigned counsel (Fred E. Haynes) primarily responsible for this case had anticipated

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

completing a dispositive motion today for filing in this case; however, several other matters, including an emergency matter assigned to him this week, prevented completion of work on the motion. Consequently, the additional one-business day is needed.

Attached is a draft order reflecting the requested relief.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney
                                        /s/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., Room E-4110
                              Washington, D.C. 20530
                              (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

UPON CONSIDERATION of the motion by the Federal Bureau of Prisons for an extension of time of one-business day, from May 30, 2008, to June 2, 2008, to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the Federal Bureau of Prisons shall have to, and including, June 2, 2008, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

     I hereby certify that I caused a copy of the foregoing motion for extension of time to be served by first-class mail, postage prepaid, this 19th day of May, 2008, on:

>Mr. Ainsworth C. Jackson
>Reg. No. 19728-101
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201