UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel, who represents defendant Bureau of Prisons (BOP), states he has been advised by BOP that J. E. Harrell, who was employed by BOP, died in the year 2000.

Respectfully submitted,
/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

CERTIFICATE OF SERVICE

    I hereby certify that I caused a copy of the foregoing suggestion of death to be served by first-class mail, postage prepaid, this 2d day of June, 2008, on:

>Mr. Ainsworth C. Jackson
>Reg. No. 19728-101
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201