UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant Federal Bureau of Prisons has filed a combined motion to dismiss or, in the alternative, for summary judgment. This document, which appears at docket entry 23, contains the argument, and the statement of material facts that defendant contends are not in genuine dispute, that support defendant's alternative motion for summary judgment.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
            /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for summary judgment to be served by first-class mail, postage prepaid, this 2nd day of June, 2008, on:

>Mr. Ainsworth C. Jackson
>Reg. No. 19728-101
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201