UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL A RULE 26(f) CONFERENCE

  Plaintiff, a federal prisoner, has filed a motion to compel a Fed. R. Civ. P. 26(f) conference. He correctly notes that this case is exempt from this rule under Fed. R. Civ. P. 26(a)(1)(B)(iv) and LCvR 26.2(a)(3). Nonetheless, he states that he "waives" the exemption, and he argues that the conference would be useful. The federal defendant, the Bureau of Prisons, does not waive the exemption, and without a waiver by all parties to the action, it would be inappropriate to order a Rule 26(f) conference.

  Additionally, it should be noted that all of the defendants have filed dispositive motions, except for defendant J. E. Harrell, as to whom the Bureau of Prisons has filed a Suggestion of Death. It would, therefore, be appropriate to stay all discovery. This Court has broad authority to regulate discovery and "should not hesitate to exercise appropriate control over the discovery process." Herbert v. Lando, 441 U.S. 153, 177 (1979); see Fed. R. Civ. P. 26(c). It is particularly appropriate to stay discovery pending the outcome of dispositive motions. See Brennan v. Local Union No. 639, International Brotherhood of Teamsters, 494 F.2d 1092, 1100 (D.C. Cir. 1974), cert. denied, 429 U.S. 1123 (1977).

For the foregoing reasons, defendant Bureau of Prisons requests that plaintiff's motion to compel a Rule 26(f) conference be denied. Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

    JEFFREY A. TAYLOR, DC Bar #498610
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney
          /s/
    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00408 RWR |
| | ) |
| FEDERAL BUREAU OF | ) |
| PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

UPON CONSIDERATION of the motion by plaintiff to compel a Fed. R. Civ. P. 26(f) conference, and the record in this case, it is this _____ day of _____, 2008,

ORDERED that plaintiff's motion to compel a Rule 26(f) conference is denied.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for the defendants

CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing memorandum in opposition to plaintiff's motion to compel a Rule 26(f) conference to be served by first-class mail, postage prepaid, this 4th day of June, 2008, on:

> Mr. Ainsworth C. Jackson
> Reg. No. 19728-101
> Rivers Correctional Institution
> P.O. Box 630
> Winton, NC 27986

> /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201