```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

AINSWORTH C. JACKSON,          )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civ. No. 08-00408 RWR
                               )
FEDERAL BUREAU OF              )
PRISONS, et al.,               )
                               )
          Defendants.          )
```

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff's recently-filed, four-page motion for summary judgment does not comply with the Local Civil Rules of this Court, which require that a motion for summary judgment "be accompanied by a statement of material facts as to which the moving party contends there is no genuine issue, which shall include references to the parts of the record relied on to support the statement."  Local Civil Rule 56.1.  Plaintiff's motion contains six numbered paragraphs that he may believe satisfies these requirements, although they are not denominated as a statement of material facts.  The first numbered paragraph is an assertion concerning the corporate status of GEO Group, Inc., without any citation to the record.  The remaining five paragraphs state, in substance, that the defendants have admitted that they conspired together to violate plaintiff's constitutional rights.  There are no citations to the record offered in support of these paragraphs.  There is a simple explanation for this: no such citations exist, other than in the allegations made

by plaintiff.

The remainder of plaintiff's motion contains only one other paragraph addressing the factual claims that he is making. This paragraph, at page 4, is also without any citation to the record. The arguments advanced in this paragraph have been answered and refuted in the Bureau of Prisons' motion to dismiss or, in the alternative, for summary judgment and in the reply memorandum submitted in support of that motion. Plaintiff is proceeding based upon a fundamental misreading of the statute governing the collection of DNA. Plaintiff cites language in 42 U.S.C. § 14135a that restricts DNA collection to a narrow range of cases that do not include the interstate transportation of securities taken by fraud, his offense of record. The problem with this citation is that plaintiff is relying on an out-of-date copy of § 14135a. The statute was amended in 2004 to include in the DNA collection process all individuals convicted of a felony. Since plaintiff's DNA was collected in January 2008, <u>see</u> Complaint at 3, it is covered by the amended statute.

For the reasons set forth above and in the Bureau of Prisons' motion to dismiss or, in the alternative, for summary judgment, plaintiff's motion for summary judgment should

be denied.

                Respectfully submitted,

                JEFFREY A. TAYLOR, D.C. Bar #498610
                United States Attorney

                RUDOLPH CONTRERAS, D.C. Bar #434122
                Assistant United States Attorney
                        /s/
                FRED E. HAYNES,  D.C. Bar #165654
                Assistant United States Attorney
                555 Fourth Street, N.W., Rm. E-4110
                Washington, D.C.  20530
                (202) 514-7201

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

AINSWORTH C. JACKSON,        )
                             )
          Plaintiff,         )
                             )
     v.                      )   Civ. No. 08-00408 RWR
                             )
FEDERAL BUREAU OF            )
PRISONS, et al.,             )
                             )
          Defendants.        )
```

ORDER

Upon consideration of the motion to dismiss or, in the alternative, for summary judgment filed by the Federal Bureau of Prisons ("BOP"), the motion for summary judgment filed by plaintiff, and the entire record of this case, it is hereby

ORDERED that BOP's motion is granted and plaintiff's motion is denied; and it is further

ORDERED that this case is dismissed with prejudice as to defendant BOP.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and to counsel for the defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2008, a copy of the foregoing memorandum in opposition to plaintiff's motion for summary judgment was served by first-class mail, postage prepaid, on:

>Mr. Ainsworth C. Jackson
>Reg. No. 19728-101
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

>/s/
>FRED E. HAYNES, D.C. Bar #165654
>Assistant United States Attorney
>555 Fourth Street, N.W., Rm. E-4110
>Washington, D.C.  20530
>(202) 514-7201