IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AINSWORTH C. JACKSON,           )
                                )
        Plaintiff,              )
                                )
v.                              )          __Case No. 1:08-cv-00408__
                                )
FEDERAL BUREAU OF PRISONS., *et* )
*al.*,                           )
                                )
        Defendants.             )

---

## DEFENDANTS GEO GROUP, INC., GEORGE SNYDER, DAVID FARMER, K. H. JOHNSON AND E. HARDY'S RESPONSE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Ainsworth Jackson ("Jackson") seeks summary judgment in his favor against Defendants GEO Group, Inc., George Snyder, David Farmer, K.H. Johnson, E. Hardy (collectively "GEO Defendants") and the Federal Bureau of Prisons ("BOP") for alleged violations of the Fourth Amendment, Fifth Amendment, and the Privacy Act. However, Jackson's Motion for Summary Judgment must be denied because he failed to establish that there are no genuine issues of material fact or that he is entitled to a judgment as a matter of law.

## I.    JACKSON FAILED TO ESTABLISH THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT

Jackson's Motion for Summary Judgment is based upon his allegations that "[i]t is undisputed and the Federal Bureau of Prisons and the GEO/Rivers defendants have admitted that they" engaged in the various acts alleged in Plaintiff's Complaint. However, Jackson fails to provide any support for this assertion. Jackson's affidavit submitted in support of his Motion for Summary Judgment should be disregarded because it is comprised, almost exclusively, of legal conclusions and not facts based upon Jackson's personal knowledge. *See* Fed. R. Civ. P. 56(e).

Therefore, Jackson fails to establish that there are no genuine issues of material fact. Thus, his Motion for Summary Judgment should be denied.

## II.    JACKSON IS NOT ENTITLED TO A JUDGMENT IN HIS FAVOR FOR A VIOLATION OF THE PRIVACY ACT

Assuming, for the sake of argument, that the GEO Defendants can be held liable under the Privacy Act, Jackson failed to establish that he is entitled to a judgment as a matter of law for the alleged violations of the Privacy Act. As set forth in greater detail by the BOP, the BOP has exempted records contained in an inmate's central file from the Privacy Act's remedial provisions. *See* BOP's Mem. in Supp. of Mot. to Dis. at 4-6 and BOP's Reply Mem. in Supp. of Mot. to Dis. at 2-3. Thus, Jackson's Motion for Summary Judgment should be denied.

## III.    JACKSON IS NOT ENTITLED TO A JUDGMENT IN HIS FAVOR FOR A VIOLATION OF HIS FOURTH AND FIFTH AMENDMENT RIGHTS

Jackson alleges that Defendants violated his Fourth and Fifth Amendment rights by requiring him to submit a DNA sample for inclusion in the Combined DNA Index System ("CODIS") when he had not committed a qualifying Federal offense. However, as Jackson is incarcerated for a felony offense, he is subject to inclusion of his DNA in CODIS. Thus, Jackson is not entitled to a judgment as a matter of law and his Motion for Summary Judgment must be denied.

Assuming, for the sake of argument, that the GEO Defendants, as non-governmental actors, can be held liable for a violation of Jackson's Fourth and Fifth Amendment rights, Jackson cannot establish that the collection of a DNA sample pursuant to the DNA Analysis Backlog Elimination Act of 2000 and the Justice for All Act of 2004 ( "DNA Act"), 42 U.S.C. §

14135a, violated his constitutional rights.[1] The DNA Act requires the BOP to "collect a DNA sample from each individual in the custody of the Bureau of Prisons who is, or has been, convicted of a qualifying Federal offense...." 42 U.S.C. § 14135a(a)(1)(B). Any felony conviction constitutes a qualifying Federal offense. *Id.* at § 14135a(d)(1). The term "felony" is defined, in relevant part, as "a Federal offense that would be classified as a felony under 18 U.S.C. 3559(a)...." 28 C.F.R. § 28.2(a). Therefore, if Jackson is incarcerated as the result of a conviction for an offense defined as a felony under § 3559(a) of the United States code he is subject to the collection requirements of the DNA Act.

The statutory provisions governing classification of federal criminal offenses and the crime of interstate transportation of securities taken by fraud demonstrate that Jackson has committed a qualifying Federal offense. In the absence of a specific statutory classification, the United States Code classifies criminal offenses as felonies, misdemeanors, or infractions based upon the maximum term of imprisonment authorized by statute. 18 U.S.C. § 3559(a). The interstate transportation of securities taken by fraud is punishable by incarceration for a period of up to ten years. *Id.* at § 2314. Based upon the maximum period of incarceration contained in § 2314, Jackson's offense constitutes a Class D Felony. *Id.* at § 3559(a)(4). As Jackson has been convicted of a crime defined as a felony in § 3559(a), he has committed a qualifying Federal offense under the DNA Act. Thus, Jackson was subject to the DNA collection provision of the DNA Act.

The Defendants were required to obtain a DNA sample from Jackson for inclusion in the CODIS system because he is in the custody of the BOP pursuant to a conviction for a qualifying Federal offense. As a result, the DNA collection complained of in this action occurred according

---

[1] As noted by the BOP, Courts have repeatedly determined that the DNA Act is constitutionally valid. *See United States v. Weikert*, 504 F.3d 1, 8-9 (1st Cir. 2007) (collecting cases).

to the terms of a constitutional statute. Therefore, Jackson cannot establish that the collection of his DNA violated his constitutional rights. Thus, Jackson's Motion for Summary Judgment should be denied.

## CONCLUSION

Based upon the foregoing arguments and authorities, Jackson's Motion for Summary Judgment should be denied.

This the 7th day of July, 2008.

Respectfully submitted,

    /s/ Deborah J. Israel
Deborah J. Israel (DC Bar No. 430841)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC  20005
(202) 857-4466
*Counsel for GEO Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2008, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will send a copy to the following:

> Fred Elmore Haynes, Esquire
> United States Attorney's Office
> 555 4th Street, NW
> Room E – 4110
> Washington, DC  20530
> fred.haynes@usdoj.gov
> *Attorneys for Defendants Federal Bureau of Prisons*
> *and J. E. Harrell*

It is further certified that on July 7, 2008, a copy was served upon the following non-

CM/ECF participant by placing said copy in a postage paid envelope and addressed to the

person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last

known address(es), and by depositing said envelope and its contents in the United States Mail,

First Class.

> Ainsworth C. Jackson
> # 19728-101
> Rivers Correctional Institution
> P. O. Box 630
> Winton, NC  27986
> *Pro Se Plaintiff*

                                        __/s/ Deborah J. Israel_____
                                        Deborah J. Israel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Case No. 1:08-cv-00408**

## ORDER

UPON CONSIDERATION of the Motion for Summary Judgment filed by Plaintiff Ainsworth C. Jackson, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

Date: _____

_____
The Honorable Richard W. Roberts
United States District Judge

Copies to:

Deborah J. Israel, Esq.
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC  20005
*Counsel for GEO Defendants*

Fred Elmore Haynes, Esquire
United States Attorney's Office
555 4th Street, NW
Room E – 4110
Washington, DC  20530
fred.haynes@usdoj.gov
*Attorney for Federal Defendants*

Ainsworth C. Jackson
# 19728-101
Rivers Correctional Institution
P. O. Box 630
Winton, NC  27986
*Pro Se Plaintiff*