UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AINSWORTH C. JACKSON,
    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
et. al., Defendants.

Civil Action No. 1:08-cv-00408(RWR)

## MOTION TO AMEND CIVIL ACTION COMPLAINT

Comes now the plaintiff, Ainsworth C. Jackson, pro se, pursuant to Rule 15(a) of the Federal Rules of Civil Procedures, for leave to amend his "Civil Action Complaint" to add an additional defendant and acts in furtherance of the "conspiracy to violate plaintiff's Privacy Act, Fifth Amendment rights, the Administrative Procedures Act, and the Accardi Doctrine," to include the following:

1. John White, individually and in his official capacity as the "Inmate Systems Manager" at the Rivers Correctional Institution, 145 Parker's Fishery Road, Winton, North Carolina 27986,

                **Defendant**

### ACTS IN FURTHERANCE OF THE CONSPIRACY

Plaintiff asserts that in furtherance of this "Conspiracy to violate plaintiff's Privacy Act, Fifth Amendment rights, the Administrative Procedures Act, and the Accardi Doctrine," defendant K. H. Johnson conspired with defendant John White

RECEIVED
JUL 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

on July 10, 2008, and used **"False, Inaccurate and Erroneous Information"** contained in plaintiff's PSI in paragraph #43, and classified plaintiff as having a **"Past Crime of Violence"** in order for the defendants to place plaintiff in the **"Notification Requirements"** contained in 18 U.S.C. § 4042(B), which has, and will adversely affect plaintiff upon his release from prison.

Respectfully Submitted,

*Ainsworth C. Jackson*
Ainsworth C. Jackson
Reg. No. 19728-101
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Motion To Amend" has been mailed this **21st** day of **July 2008,** to the following:

1. Deborah J. Israel, Esq.
   Womble Carlyle Sandridge & Rice, PLLC
   1401 Eye Street, N.W., 7th Floor
   Washington, D.C. 20005

2. Fred E. Haynes, AUSA
   555 4th Street, N.W., Room E-4110
   Washington, D.C. 20530

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the statements made herein are true and correct.

Executed on this <u>21st</u> day of <u>July 2008</u>.

_____<br>
Ainsworth C. Jackson