**RECEIVED**

JUL 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHANGE OF ADDRESS NOTIFICATION

RE: 1:08-CV-00408 (RWR)

If your address changes, it is your obligation to notify the clerk. If the address changes and you do not notify the clerk, we will not be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME: Ainsworth C. Jackson

NUMBER AND STREET: 2840 Langston Place, S.E. Apt. # 303

CITY: Washington    STATE: DC    ZIP CODE: 20020

TELEPHONE No. _____

PRISON _____ (if applicable)

PRISONER'S REGISTRATION No. 19728 101 (if applicable)

EFFECTIVE 7-22-08
(DATE)

_Ainsworth C. Jackson_
PRO SE SIGNATURE